# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: WCJ# 10622

Jeremy Shonta Swain

(Enter above the full name(s) of the plaintiff(s) in this action)

Vs.

Walker County Sherriffs Office
Betty Cooper took 3 Items of mine
that I had paid For with my own
money

(Enter above full name(s) of the defendant(s) in this action)

CV-10-CO-2371-J

*It is your responsibility to Notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

I. **Previous lawsuits**

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes (   )   No ( X )

    B. If your answer to (A) is *yes*, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outlines)

        1. Parties to this previous lawsuit:

           Plaintiff(s): _____

           Defendant(s): _____

2.) **Court (if Federal Court, Name the district; if State court, name the county)**

_____

3.) **Docket number** _____

4.) **Name of judge to whom case was assigned** _____

_____

5.) **Disposition (Example: Was the case dismissed? Was it appealed? Is it still pending?**

_____

_____

6.) **Approximate date of filing lawsuit** _____

7.) **Approximate date of disposition** _____

II. **Place of present confinement:** _____

A. Is there a prisoner grievance procedure in this institution?   Yes (X)   No ( )
B. Did you present the facts relating to your complaint in the state prisoner grievance Procedure?   Yes (X)   No ( )

C. If your answer is YES:
   1.) What steps did you take? I Filed a ~~complaint~~ grievance on her Where she told me that she through my Items away And said I had to talk to the Jail Administrater
   2.) What were the results? I didnt get my Items back thats why I'm filing this 1983 form

D. If your answer is NO, explain why not? _____

_____

_____

III. **Parties**
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for addition plaintiffs, if any.

A. Name of Plaintiff(s) Jeremy Shonta Swain

Address 2001 2nd ave
Jasper, Al 35501

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Betty Cooper and Walker Co. Jail

Is employed as Jailor at Walker Co. Jail

At _____

C. Additional Defendants _____

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I Jeremy Swain had set 3 Items in the hallway by the Dorm (E) so my Cousin Could get them because he didn't Catch store and Betty Cooper (Jailor) took the Items told me that I Couldn't get them back I had asked Could I send them home to my Family she Said no I had seen her in the past pass Items for white people she wouldn't let me pass them to my Cousin, I think that's Discrimination

## V. RELIEF

**State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no case or statues.**

I want her to pay for my Items and do away with ~~prejustice~~ preJudice people

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August, 26 2010___.

_Jeremy Shonta Swain_
Signature(s)